B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OCHOA AGRO EXTRA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0504119** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**CARR #1 KM 30.O**<br>**BO. BAIROA**<br>**CAGUAS, PR**     ZIPCODE **00725** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Caguas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**HC 6 Box 76215**<br>**CAGUAS, PR**     ZIPCODE **00725-9507** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Carr # 1 Km 30 Bo Bairoa, Caguas, PR**     ZIPCODE **00725** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9               Recognition of a Foreign<br>☑ Chapter 11             Main Proceeding<br>☐ Chapter 12           ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                                   Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                        THIS SPACE IS FOR
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.                          COURT USE ONLY
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **OCHOA AGRO EXTRA, INC.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)                Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OCHOA AGRO EXTRA, INC.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ TERESA M. LUBE CAPO*<br>Signature of Attorney for Debtor(s)<br><br>**TERESA M. LUBE CAPO USDC 122205**<br>**Lube & Soto Law Offices, P.S.C.**<br>**1130 AVE FD ROOSEVELT**<br>**SAN JUAN, PR 00920-2906**<br>**(787) 722-0909 Fax: (787) 977-1709**<br>**LUBEYSOTO@gmail.COM**<br><br>**August 8, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ ARMANDO OCHOA VILLAVISANIS*<br>Signature of Authorized Individual<br><br>**ARMANDO OCHOA VILLAVISANIS**<br>Printed Name of Authorized Individual<br><br>**PRESIDENT**<br>Title of Authorized Individual<br><br>**August 8, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



# OCHOA AGRO EXTRA.

EL CASH & CARRY DEL AGRICULTOR
BABYCHICK • DRUG • FERTILIZER • INSECTICIDE • POULTRY EQUIPMENT • FEED SUPPLEMENT

## CERTIFICATE OF RESOLUTION

I  Evangeline M. Sandin Gregory,  Secretary of  Ochoa Agro Extra, Inc.  do hereby

### CERTIFY

that a special meeting of the Directors of the corporation was held in the corporation offices on the 5th of august, 2010, the following Resolution was adopted and approved:

"RESOLVED by a majority vote of the Directors of  Ochoa Agro Extra, Inc., a domestic corporation, to authorize and order its President to subscribe, file and make oath, on behalf of this corporation, to a petition for Reorganization under Chapter 11 of the Bankruptcy Code, and further to sign, make oath and file the Statement of Affairs, Schedules and all other motions, petitions, documents and pleadings necessary in said proceeding, and it is further RESOLVED, that he is authorized to retain the Law Offices of Lube & Soto Law Offices, PSC to represent the corporation in said proceedings."

IN TESTIMONY WHEREOF, I hereunto set my hand and Seal of the corporation in Caguas, Puerto Rico, this 5th day of august, 2010.



Secretary

DIRECCION POSTAL HC-06 BOX 76215 CAGUAS PR 00725 DIRECCION FISICA CARRETERA #1 KM 30 BO BAIROA CAGUAS PR 00725
TELS. (787) 747-9461 • 747-0122 • 731-5064 • FAX: (787) 747-9418

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:   Case No. _____

**OCHOA AGRO EXTRA, INC.**_____   Chapter **11** _____
  Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................... $ __**225.00/hr**__

   Prior to the filing of this statement I have received ........................................................ $ __**10,000.00**__

   Balance Due ................................................................................................................ $ _____

2. The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Adversary proceedings require a new agreement with the attorneys.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 8, 2010** | **/s/ TERESA M. LUBE CAPO** |
| Date | TERESA M. LUBE CAPO USDC 122205 |
| | Lube & Soto Law Offices, |
| | P.S.C. |
| | 1130 AVE FD ROOSEVELT |
| | SAN JUAN, PR 00920-2906 |
| | (787) 722-0909  Fax: (787) 977-1709 |
| | LUBEYSOTO@gmail.COM |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

OCHOA AGRO EXTRA, INC.

DEBTOR IN POSSESSION

CASE NUMBER:

CHAPTER 11

## LIST OF CREDITORS

A.A.A.
PO BOX 70101
SAN JUAN, PR  00936-8101

ADM ALLIANCE/ MASTER
PO BOX 908
HATILLO, PR  00659-0908

BANCO POPULAR DE PUERTO RICO
C/O MIGDALIA EFFIE GUASP, ESQ.
PO BOX 362708
SAN JUAN, PR  00936-2708

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR  00936-2708

C.O.S.V.I.
PO BOX 1252
CAGUAS, PR  00726-1252

C.R.I.M.
MUNICIPIO AUTONOMO DE CAGUAS
PO BOX 907
CAGUAS, PR  00726-0907

C.R.I.M.
CARMEN P. FIGUEROA, ESQ
PO BOX 195387
SAN JUAN, PR  00919-5387

CRISTALIA PREMIUM WATER
PO BOX 815002
CAROLINA, PR  00981-5002

DEPARTMENT OF THE TREASURY
BANKRUPTCY SECTION STE 424-B
PO BOX 9024140
SAN JUAN, PR  00902-4140

ERNESTO JUAN E HIJOS, INC.
RR 4 BOX 26028
TOA ALTA, PR  00953-9473

GARDEN GOODS SALE
PO BOX 29453 65TH INF
SAN JUAN, PR  00929-0453

GRUPO MILL AGRO
PO BOX 11433
SAN JUAN, PR  00922-1433

IMPORTACIONES VIEL
58 CALLE GUAYAMA
SAN JUAN, PR  00917-4447

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114-0326

INTERNAL REVENUE SERVICE
CITIVIEW PLAZA II
48 CARR 165 STE 2000
GUAYNABO, PR  00968-8000

LAWN AND GARDEN
PO BOX 360910
SAN JUAN, PR  00936-0910

MUNICIPIO AUTONOMO DE CAGUAS
PO BOX 907
CAGUAS, PR  00726-0907

OCHOA DISTRIBUTORS
CALL BOX 11889
SAN JUAN, PR  00922

P.R. DEPARTMENT OF JUSTICE
FEDERAL LITIGATION-BANKRUPTCY
PO BOX 9020192
SAN JUAN, PR  00902-0192

PAN AMERICAN GRAIN CO.
PO BOX  41136 MINILLAS STA
SAN JUAN, PR  00940-1136

PR INTERNATIONAL SALT CORP
PO BOX 1117
MAYAGUEZ, PR  00681-1117

R. MALDONADO & CO, INC.
PO BOX 817
SANTA ISABEL, PR  00767-0817

SOCIEDAD AGRICOLA HERMANOS PEREZ
PO BOX 1770
VEGA BAJA, PR  00694-1770

VENROD TRADING
PO BOX 2117
SAN JUAN, PR  00922-2117

P.R.E.P.A.
MARIA GORBEA BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN, PR  00936-4267

PEREZ DISTRIBUTOR, INC.
PO BOX 11982
SAN JUAN, PR  00920

PRIVETT HATCHERY INC.
PO BOX 176
PORTALES, NM  88130-0176

SAN JUAN DISTRIBUTORS
PO BOX 11731
SAN JUAN, PR  00922-1731

SUAREZ GAS LICUADO
PO BOX 1227
FAJARDO, PR  00738-1227

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**                                                                         Case No. _____

**OCHOA AGRO EXTRA, INC.**                                                 Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 SAN JUAN, PR 00936-2708 | **MS. ELENA MANRRARA** (787) 756-9130 | **Bank loan** | | **2,978,000.00** |
| **BANCO POPULAR DE PUERTO RICO** C/O MIGDALIA EFFIE GUASP, ESQ. PO BOX 362708 SAN JUAN, PR 00936-2708 | **MS. MIGDALIA GUASP, ESQ.** (787) 765-9878 | **Bank loan** | | **275,000.00** |
| **ADM ALLIANCE/ MASTER** PO BOX 908 HATILLO, PR 00659-0908 | **MR. ANGEL PONCE DE LEON** (787) 878-7474 | **Trade debt** | | **89,500.00** |
| **ERNESTO JUAN E HIJOS, INC.** RR 4 BOX 26028 TOA ALTA, PR 00953-9473 | **MR. EDWIN DE JUAN** | **Trade debt** | | **47,719.62** |
| **OCHOA DISTRIBUTORS** CALL BOX 11889 SAN JUAN, PR 00922 | **MR. JORGE OCHOA** (787) 717-2583 | **Trade debt** | | **16,648.36** |
| **P.R.E.P.A.** MARIA GORBEA BANKRUPTCY OFFICE PO BOX 364267 SAN JUAN, PR 00936-4267 | **MARIA GORBEA** (787) 289-4489 | **Utilities** | | **15,482.53** |
| **SAN JUAN DISTRIBUTORS** PO BOX 11731 SAN JUAN, PR 00922-1731 | **MR. MARIO SANTURIO** (787) 644-2317 | **Trade debt** | | **11,358.17** |
| **GRUPO MILL AGRO** PO BOX 11433 SAN JUAN, PR 00922-1433 | **MR. WALDEMAR GONZALEZ** (787) 622-7707 | **Trade debt** | | **11,136.15** |
| **R. MALDONADO & CO, INC.** PO BOX 817 SANTA ISABEL, PR 00767-0817 | **MR. RAUL CARTAGENA** (787) 753-8989 | **Trade debt** | | **10,993.47** |
| **PAN AMERICAN GRAIN CO.** PO BOX 41136 MINILLAS STA SAN JUAN, PR 00940-1136 | **MS. ANAELI RUBIO** (787) 273-6100 | **Trade debt** | | **10,051.90** |
| **PRIVETT HATCHERY INC.** PO BOX 176 PORTALES, NM 88130-0176 | **MR. SCOTT** (575) 356-6425 | **Trade debt** | | **9,501.85** |
| **GARDEN GOODS SALE** PO BOX 29453 65TH INF SAN JUAN, PR 00929-0453 | **MR. PEDRO MANGUAL** (787) 281-0934 | **Trade debt** | | **2,869.65** |
| **PR INTERNATIONAL SALT CORP** PO BOX 1117 MAYAGUEZ, PR 00681-1117 | **MR. AMED AYMAT** (787) 834-6140 | **Trade debt** | | **2,708.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| C.O.S.V.I.<br>PO BOX 1252<br>CAGUAS, PR 00726-1252 | MS. ADA NIVIA TORRES<br>(787) 720-6209 | Trade debt | 1,895.00 |
| A.A.A.<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | | Utilities | 1,498.95 |
| IMPORTACIONES VIEL<br>58 CALLE GUAYAMA<br>SAN JUAN, PR 00917-4447 | MR. WILLIAM VIEL<br>(787) 159-7697 | Trade debt | 1,497.46 |
| VENROD TRADING<br>PO BOX 2117<br>SAN JUAN, PR 00922-2117 | MR. ALFREDO RODRIGUEZ<br>(787) 792-8600 | Trade debt | 953.38 |
| CRISTALIA PREMIUM WATER<br>PO BOX 815002<br>CAROLINA, PR 00981-5002 | ACCOUNTING OFFICE<br>(787) 620-8888 | Trade debt | 651.40 |
| SUAREZ GAS LICUADO<br>PO BOX 1227<br>FAJARDO, PR 00738-1227 | MR. ANGEL SUAREZ<br>(787) 863-1414 | Trade debt | 615.60 |
| PEREZ DISTRIBUTOR, INC.<br>PO BOX 11982<br>SAN JUAN, PR 00920 | MR. PEDRO COTTO<br>(787) 783-5557 | Trade debt | 587.33 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 8, 2010**     Signature: ***/s/ ARMANDO OCHOA VILLAVISANIS***

**ARMANDO OCHOA VILLAVISANIS, PRESIDENT**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                               Case No. _____

**OCHOA AGRO EXTRA, INC.**                                            Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 8, 2010**       Signature: */s/ ARMANDO OCHOA VILLAVISANIS*
                                                  **ARMANDO OCHOA VILLAVISANIS, PRESIDENT**      Debtor

Date: _____      Signature: _____
                                                                            Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| OCHOA AGRO EXTRA INC<br>HC 6 BOX 76215<br>CAGUAS PR  00725-9507 | DEPARTMENT OF THE TREASURY<br>BANKRUPTCY SECTION STE 424-B<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | PR DEPARTMENT OF JUSTICE<br>FEDERAL LITIGATION-BANKRUPTCY<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 |
| LUBE & SOTO LAW OFFICES<br>PSC<br>1130 AVE FD ROOSEVELT<br>SAN JUAN PR  00920-2906 | ERNESTO JUAN E HIJOS INC<br>RR 4 BOX 26028<br>TOA ALTA PR  00953-9473 | PREPA<br>MARIA GORBEA BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR  00936-4267 |
| AAA<br>PO BOX 70101<br>SAN JUAN PR  00936-8101 | GARDEN GOODS SALE<br>PO BOX 29453 65TH INF<br>SAN JUAN PR  00929-0453 | PAN AMERICAN GRAIN CO<br>PO BOX  41136 MINILLAS STA<br>SAN JUAN PR  00940-1136 |
| ADM ALLIANCE/ MASTER<br>PO BOX 908<br>HATILLO PR  00659-0908 | GRUPO MILL AGRO<br>PO BOX 11433<br>SAN JUAN PR  00922-1433 | PEREZ DISTRIBUTOR INC<br>PO BOX 11982<br>SAN JUAN PR  00920 |
| BANCO POPULAR DE PUERTO RICO<br>C/O MIGDALIA EFFIE GUASP ESQ<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | IMPORTACIONES VIEL<br>58 CALLE GUAYAMA<br>SAN JUAN PR  00917-4447 | PR INTERNATIONAL SALT CORP<br>PO BOX 1117<br>MAYAGUEZ PR  00681-1117 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA PA  19114-0326 | PRIVETT HATCHERY INC<br>PO BOX 176<br>PORTALES NM  88130-0176 |
| COSVI<br>PO BOX 1252<br>CAGUAS PR  00726-1252 | INTERNAL REVENUE SERVICE<br>CITIVIEW PLAZA II<br>48 CARR 165 STE 2000<br>GUAYNABO PR  00968-8000 | R MALDONADO & CO INC<br>PO BOX 817<br>SANTA ISABEL PR  00767-0817 |
| CRIM<br>MUNICIPIO AUTONOMO DE CAGUAS<br>PO BOX 907<br>CAGUAS PR  00726-0907 | LAWN AND GARDEN<br>PO BOX 360910<br>SAN JUAN PR  00936-0910 | SAN JUAN DISTRIBUTORS<br>PO BOX 11731<br>SAN JUAN PR  00922-1731 |
| CRIM<br>CARMEN P FIGUEROA ESQ<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | MUNICIPIO AUTONOMO DE CAGUAS<br>PO BOX 907<br>CAGUAS PR  00726-0907 | SOCIEDAD AGRICOLA HERMANOS PEREZ<br>PO BOX 1770<br>VEGA BAJA PR  00694-1770 |
| CRISTALIA PREMIUM WATER<br>PO BOX 815002<br>CAROLINA PR  00981-5002 | OCHOA DISTRIBUTORS<br>CALL BOX 11889<br>SAN JUAN PR  00922 | SUAREZ GAS LICUADO<br>PO BOX 1227<br>FAJARDO PR  00738-1227 |

**VENROD TRADING**
**PO BOX 2117**
**SAN JUAN PR  00922-2117**